UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Roger L. Tabbert,

    Debtor.

Bky No. 00-32959

APPLICATION FOR
FINAL COMPENSATION

---

TO: All interested parties.

1. Fuller, Seaver & Ramette, P.A. ("Firm") applies for the relief requested below.

2. This court has jurisdiction over this application pursuant to 28 U.S.C. §§157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this Chapter 7 case was filed on or about July 12, 2000. The case is now pending in this court.

3. This application arises under 11 U.S.C. §330, Bankruptcy Rule 2016(b) and Local Rule 2016-1. This application is filed under Bankruptcy Rule 9014 and Local Rule 9013-2. The Applicant requests relief with respect to the allowance of final compensation for attorneys' fees and expenses incurred by the Trustee with FSR from October 31, 2000 to date.

4. Attached hereto as Exhibit A is the Court's Order approving the Firm's employment as counsel for the Trustee.

5. There was no retainer fee paid to the Firm and the Firm has made no previous applications for compensation.



Filed on AUG 1 7 2001
Patrick G. De Wane, Clerk
By _____ Deputy Clerk

6. The attorneys with time entries on this file, their billing codes, and normal hourly rates are as follows:

> Randall L. Seaver, number 03, $245 per hour
> Andrea M. Hauser, number 05, $185 per hour

7. The total of fees sought by the Firm is $3,717.75 together with expenses in the amount of $222.62. A detailed description of the services provided is as follows:

### a. **Fee Application.**

The Firm prepared this final fee application. An itemization for those activities is attached hereto as Exhibit B. The total of attorneys' fees sought for this matter is $245.

### b. **Transfer Avoidance Matter.**

The Trustee learned that the Debtor had transferred a Harley Davidson motorcycle post-petition. Both the motorcycle and the supposed transfer were undisclosed. After the Trustee was unable to resolve the matter, the Firm, on behalf of the Trustee, commenced an avoidance action against the transferee, Michael Mattes. Discovery was served and responded to. The Firm conducted settlement negotiations, and a settlement agreement was reached whereby Mattes paid the estate the sum of $3,500 in settlement of the transfer avoidance claim.

The total of fees billed in this matter is $2,364.25, but the Firm seeks only $1,500 in compensation on this matter. The total of expenses in this matter is $39.09. An itemization for those activities is attached hereto as Exhibit C.

c. **Discharge Action.**

The Firm, on behalf of the Trustee, commenced an action against the Debtor under 11 U.S.C. §727, seeking denial of his discharge. The Firm prepared and served discovery. The Firm prepared the necessary trial documents and prepared for and attended the scheduled trial. Neither the Debtor nor his attorney appeared at trial and at that time the court entered an order denying the Debtor's discharge.

The total of fees billed in this matter is $1,972.25. The total of expenses in this matter is $183.53. An itemization for those activities is attached hereto as Exhibit D.

8. The total of fees and expenses by category is as follows:

|  | Fees | Expenses |
|---|---|---|
| Final Fee Application | $ 245.00 | $ |
| Transfer Avoidance Matter | 1,500.00 | 39.09 |
| Discharge Action | 1,972.75 | 183.53 |
| Total Fees | 3,717.75 |  |
| Total Expenses |  | 222.62 |
| **GRAND TOTAL** | **$3,940.37** |  |

WHEREFORE, the Firm applies for allowance of final compensation for attorneys' fees in the amount of $3,717.75, together with expenses in the amount of $222.62 for a total of $3,940.37.

FULLER, SEAVER & RAMETTE, P.A.

Dated: August ____, 2001

By:_____
Randall L. Seaver 152882
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337
(952) 890-0888

3

## VERIFICATION

I, Randall L. Seaver, attorney for the moving party named in the foregoing Application for Final Compensation, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on August _____, 2001          _____
                                                                                     Randall L. Seaver

Filed on AUG 17
Patrick G. De Wane, Clerk
By _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

BKY No. 00-32959
Chapter 7

In re

Roger L. Tabbert,

Debtor.

**Application for Approval of Employment of Attorney, Recommendation and Order**

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee in carrying out the Trustee's duties as follows: To prosecute a §727 action against the Debtor and to recover a 1981 Harley Davidson motorcycle.

3. Randall L. Seaver, a shareholder in the law firm of Fuller, Seaver & Ramette, P.A. and the law firm of Fuller, Seaver & Ramette, P.A., Parkway Place, 101 West Burnsville Parkway, Suite 201, Burnsville, MN 55337 (the "Firm") are qualified by reason of practice and experience to render such representation or assistance, and the Trustee seeks to retain the Firm pursuant to 11 U.S.C. §327(e).

4. The compensation will be based upon an hourly rate plus costs. The hourly rates of the firm members are from $155-$245 per hour.

5. Said professional has disclosed to the Trustee the following connections with the debtors, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) Randall L. Seaver, a shareholder in the Firm, is the Trustee in this case; (b) the Firm represents the Trustee and other panel trustees in unrelated matters; (c) two members of the Firm are panel trustees; and (d) The Trustee, in this and other cases, has employed Terry R. Marguth and Marguth Auction Company. The Debtor was previously married to the sister of a secretary employed by Marguth Auction Company. They were divorced in December, 1999.

6. The Trustee has made the following efforts to recover the asset prior to submitting this Application: The Trustee discovered that the Debtor did not schedule a 1981 Harley Davidson which he had been awarded ownership of in a divorce decree filed in December, 1999. The Trustee told the Debtor that the Trustee's agent would pick up the motorcycle, but the Trustee has been advised that the Debtor claims that he does not now have the motorcycle.

Wherefore, applicant requests that the Court approve such employment by the Trustee.





# EXHIBIT A

Dated: October 25, 2000 

Randall L. Seaver

### 2014(a) Rule Verification

I, Randall L. Seaver, Esq., a shareholder in the firm of Fuller, Seaver & Ramette, P.A., the proposed professional named in the foregoing Application, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: October 25, 2000

Randall L. Seaver

### Recommendation of the United States Trustee

Based upon the Application made by the Trustee, I recommend that the professional employment applied for by the Trustee be approved for the purpose indicated in the Application.

Barbara Stuart
United States Trustee
Region 12

Dated: October 27, 2000          By: _____

### Order

Upon the foregoing Application and Recommendation and for cause shown and pursuant to the provisions of Title 11 United States Code, Section 327, it is
  **Ordered** that the professional employment applied for is Approved subject to the limitations on compensation provided by Title 11 United States Code, Section 328.

Dated: November 1, 2000          By: /e/ Dennis D. O'Brien

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 11/01/00
Patrick G. De Wane, By SKM

2

13E

| | | | | | | |
|---|---|---|---|---|---|---|
| 013393 | 03 | 08/01/01 | 245.00 | .50 | 122.50 | Draft and dictate fee application. |
| 013393 | 03 | 08/07/01 | 245.00 | .50 | 122.50 | Draft and dictate revisions to fee application. |

**TOTAL** $245.00



EXHIBIT B

```
                      E/A       H T B R        Stmt #   Ctype
 Client    Date     Tmkr Cat Src P X C C Tcd    Rate    Hours    Amount

13047.000 01/22/01   3  200   A          999   245.00    1.00    245.00 Review documents; drafting and dictating
                                                                         complaint.
13047.000 01/23/01   3  200   A           10   245.00    0.40     98.00 Drafting and dictating complaint revisions.
13047.000 01/23/01   3  200   A           10   245.00    0.75    183.75 Drafting and dictating complaint revisions.
13047.000 01/24/01   3  200   A           10   245.00    0.30     73.50 Drafting and dictating complaint revisions.
13047.000 01/26/01   3  200   A            4   245.00    0.15     36.75 Review new material from court - summons; do
                                                                         service letters.
13047.000 02/02/01   3  200   A            4   245.00    0.40     98.00 Review new material from Postal Service -
                                                                         undelivered mail; drafting and dictating new
                                                                         service; telephone conference with directory
                                                                         assistance.
13047.000 02/13/01   3  200   A            2   245.00    0.50    122.50 Telephone conference with Attorney Burton
                                                                         regarding motorcycle claim; dictating letter to
                                                                         Attorney Burton regarding motorcycle claim.
13047.000 02/13/01   3  200   A            9   245.00    0.15     36.75 Dictating letter to Attorney Burton regarding
                                                                         transfer.
13047.000 02/13/01   3  200   A            4   245.00    0.10     24.50 Review new material from Postal Service - green
                                                                         card.
13047.000 02/22/01   3  200   A            4   245.00    0.25     61.25 Review new material from Attorney Burton - answer
                                                                         and strategize.
13047.000 02/23/01   3  200   A          999   245.00    0.15     36.75 Review answer.
13047.000 02/28/01   3  200   A           10   245.00    0.75    183.75 Drafting and dictating discovery.
13047.000 03/02/01   3  200   A           10   245.00    1.00    245.00 Drafting and dictating discovery revisions and
                                                                         deposition notice; drafting and dictating letter
                                                                         regarding same.
13047.000 03/09/01   3  200   A            4   245.00    0.10     24.50 Review new material from Attorney Burton -
                                                                         settlement confirmation.
13047.000 03/09/01   3  200   A           10   245.00    0.50    122.50 Drafting and dictating settlement.
13047.000 03/09/01   3  200   A            2   245.00    0.20     49.00 Telephone conference with Attorney Burton
                                                                         regarding settlement.
13047.000 03/13/01   3  200   A           10   245.00    0.30     73.50 Drafting and dictating settlement revisions.
13047.000 03/13/01   3  200   A           10   245.00    0.10     24.50 Drafting and dictating revisions to settlement.
13047.000 03/30/01   3  200   A            4   245.00    0.20     49.00 Review new material from Attorney Burton -
                                                                         signature; send to court.
13047.000 04/17/01   3  200   A            4   245.00    0.10     24.50 Review new material from Attorney Burton
                                                                         regarding payment.
13047.000 05/14/01   3  200   A          999   245.00    2.25    551.25 Prepare for, travel to and attend trial on
                                                                         discharge.

 Total for Fees                               Billable   9.65   2364.25
                                              Total      9.65   2364.25

13047.000 01/24/01   3  E     A           84              0       1.10 Postage.
13047.000 01/29/01   3  E     A           84              0       5.39 Postage.
13047.000 01/31/01   3  E     A        7  94              0       8.00 Copying expense.
13047.000 02/02/01   3  E     A           84              0       4.84 Postage.
13047.000 02/28/01   3  E     A        7  94              0       1.75 Copying expense.
13047.000 03/29/01   3  E     A           84              0       0.76 Postage.
13047.000 03/30/01   3  E     A        7  94              0      15.25 Copying expense.
13047.000 05/31/01   3  E     A        7  94              0       2.00 Copying expense.

 Total for Expenses                           Billable   0.00     39.09
                                              Total      0.00     39.09


 Grand Totals                                 Billable   9.65   2403.34
                                              Total      9.65   2403.34
```



EXHIBIT C

```
                     R/A      H T B R      Stmt #   Ctype
Client      Date    Tmkr Cat Src P X C C Tcd  Rate   Hours    Amount

2906.000 10/25/00   3   200      A         10 245.00  1.25    306.25 Drafting and dictating complaint and cover sheet
                                                                     and notice.
2906.000 11/18/00   3   200      A        320 245.00  0.20     49.00 Review answer and letter from debtor's counsel
                                                                     regarding cycle.
2906.000 12/06/00   3   200      A         10 245.00  0.75    183.75 Drafting and dictating discovery.
2906.000 12/09/00   3   200      A         10 245.00  0.15     36.75 Drafting and dictating discovery revisions.
2906.000 12/11/00   3   200      A         10 245.00  0.15     36.75 Drafting and dictating revisions to discovery.
2906.000 12/26/00   3   200      A          2 245.00  0.15     36.75 Telephone conference with court regarding
                                                                     scheduling; telephone conference with attorney
                                                                     regarding scheduling.
2906.000 12/27/00   3   200      A          2 245.00  0.40     98.00 Telephone conference with Attorney Moriarty
                                                                     regarding scheduling; telephone conference with
                                                                     court regarding scheduling; dictating letter to
                                                                     attorney and court regarding scheduling.
2906.000 01/04/01   3   200      A        999 245.00  0.20     49.00 Participate in scheduling conference.
2906.000 01/20/01   3   200      A        999 245.00  0.20     49.00 Review discovery responses.
2906.000 04/26/01   3   200      A         10 245.00  1.75    428.75 Drafting and dictating trial documents and
                                                                     letter.
2906.000 05/01/01   3   200      A         10 245.00  1.75    428.75 Drafting and dictating trial documents revisions.
2906.000 05/02/01   3   200      A         10 245.00  0.75    183.75 Drafting and dictating revisions to trial memo,
                                                                     letter to court and findings of fact, etc.
2906.000 05/03/01   3   200      A         10 245.00  0.25     61.25 Drafting and dictating memo and findings
                                                                     revisions.
2906.000 05/04/01   3   200      A        999 245.00  0.10     24.50 Telephone conference with defendant's attorney
                                                                     regarding stipulation.

Total for Fees                              Billable  8.05   1972.25
                                               Total  8.05   1972.25


2906.000 10/30/00                A            84        0       4.52 Postage.
2906.000 10/31/00                A         7  94        0       5.75 copy cost
2906.000 12/31/00   3 E          A         7  94        0       3.50 Copying expense.
2906.000 05/01/01   3 E          A            84        0       0.76 Postage.
2906.000 05/03/01   3 E          A            84        0       1.01 Postage.
2906.000 05/07/01   3 E          A            84        0       1.94 Postage.
2906.000 05/07/01   3 E          A            96        0      19.67 Miscellaneous expenses: messenger.
2906.000 05/09/01   3 E          A            96        0      26.83 Miscellaneous expenses: messenger.
2906.000 05/14/01   3 E          A            96        0       3.00 Miscellaneous expenses: parking.
2906.000 05/14/01   3 E          A            96        0      12.00 Miscellaneous expenses: mileage.
2906.000 05/31/01   3 E          A         7  94        0     103.75 Copying expense.

Total for Expenses                          Billable  0.00    183.53
                                               Total  0.00    183.53


Grand Totals                                Billable  8.05   2155.78
                                               Total  8.05   2155.78
```



EXHIBIT D