MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE: ) CHAPTER 7
) CASE NO. 00-32959-DDO
TABBERT, ROGER L )
) TRUSTEE'S FINAL REPORT AND
) PROPOSED DISTRIBUTION
Debtor (s) )

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $3,521.50, disbursements of $3.08, and balance on hand of $<u>3,518.42</u>. The balance on hand will not remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of Entity | Nature of Interest | Proposed Payment |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $880.38. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $880.38 for final compensation and an additional $29.62, for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

Filed on SEP 2 0 2001
Patrick G. De Wane, Clerk
By_____ Deputy Clerk

*3518.42*

(a) ~~$5,150.37~~, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 880.38 | 601.42 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 29.62 | 20.24 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | ~~3,717.75~~ *3717.25* | 2,539.74 |
| OFFICE OF THE CLERK | CLERK, ADVERSARY FILING FEE | 300.00 | 204.94 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 222.62 | 152.08 |
| | Total | 5,150.37 | 3,518.42 |

(b) $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c) $0.00, for unsecured creditors allowed in the total amount of $1,379.75, yielding a dividend of 0.0000000% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| BERENS RODENBERG & O'CONNOR | 000002 | 1,379.75 | 0.00 |
| Total | | $ 1,379.75 | $0.00 |

7. The trustee's distribution of gross receipts of $3,521.50 from liquidation of all property of the estate is summarized below:

| | | | |
|---|---|---|---|
| $ | 601.42 | a. | Trustee Compensation |
| $ | 2,539.74 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 0.00 | d. | Other Professionals |
| $ | 380.34 | e. | <u>All</u> expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 0.00 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 3,521.50 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 3,521.50 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8. The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: August 14, 2001

Randall L. Seaver, Trustee
12400 Portland Avenue
Suite 132
Burnsville, MN 55337
(952) 890-0888

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: 9-19-01

Barbara G. Stuart
UNITED STATES TRUSTEE
Region 12

By: *[signature]*

Filed on SEP 2 0 2001
Patrick G. De Wane, Clerk
By: /s/ Deputy Clerk

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 00-32959 DDO Judge: Dennis D. O'Brien | Trustee Name: | Randall L. Seaver |
|---|---|---|---|
| Case Name: | TABBERT, ROGER L | Date Filed (f) or Converted (c): | 07/12/00 (f) |
| | | 341(a) Meeting Date: | 08/29/00 |
| For Period Ending: 08/13/01 | | Claims Bar Date: | 07/29/01 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 75.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. BANK ACCOUNTS | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. PARCEL OF LAND | 81,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. 1977 GMC PICKUP | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. KNIFE COLLECTION | 225.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. GUNS | 1,350.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. FISHING EQUIPMENT | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. SNOWBLOWER | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. 401K | 23,635.00 | 0.00 | | 0.00 | FA |
| 10. HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. TAX REFUNDS | 850.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. 1981 HARLEY DAVIDSON MOTORCYCLE (u) | 0.00 | 7,000.00 | | 3,500.00 | FA |
| To be recovered from Mike Mattes. Litigation commenced and settled subject to court approval. | | | | | |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 21.50 | FA |

Gross Value of Remaining Assets

LFORM1

Ver 6.5H

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 00-32959　　DDO　　Judge: Dennis D. O'Brien　　　　Trustee Name:　　　　Randall L. Seaver
Case Name: TABBERT, ROGER L　　　　　　　　　　　　　　　　　Date Filed (f) or Converted (c):　07/12/00 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　341(a) Meeting Date:　　　08/29/00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Claims Bar Date:　　　　　07/29/01

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $112,635.00 | $7,000.00 | | $3,521.50 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

727 action pending against debtor. Trustee settled claim against Mattes subject to court approval.

Initial Projected Date of Final Report (TFR): 03/31/01　　　　Current Projected Date of Final Report (TFR): 08/15/01

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 00-32959 | DDO | Trustee Name: | Randall L. Seaver |
| --- | --- | --- | --- | --- |
| Case Name: | TABBERT, ROGER L | | Bank Name: | NationsBank |
| | | | Account Number: | 3754539442 Money Market - Interest Bearing |
| Taxpayer ID No: | 75-6601534 | | | |
| For Period Ending: | 08/13/01 | | Blanket Bond (per case limit): | $ 14,310,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 04/26/01 | 12 | Leonard, O'Brien, Wilford, Spencer & Gale, Ltd. Lawyers Trust Account 800 Norwest Center 55 E. 5th Street St. Paul, MN 55101 | Settlement Payment | 3,500.00 | | 3,500.00 |
| 05/31/01 | 13 | NATIONSBANK | Interest Rate 2.350 | 6.75 | | 3,506.75 |
| 06/29/01 | 13 | NationsBank | Interest Rate 2.100 | 5.86 | | 3,512.61 |
| 07/09/01 | 000101 | INTERNATIONAL SURETIES, LTD. SUITE 1700 210 BARONNE STREET NEW ORLEANS, LA 70112 | BOND PREMIUM | | 3.08 | 3,509.53 |
| 07/31/01 | 13 | NationsBank | Interest Rate 2.100 | 6.47 | | 3,516.00 |
| 08/13/01 | 13 | NationsBank | INTEREST REC'D FROM BANK | 2.42 | | 3,518.42 |
| 08/13/01 | | Transfer to acct #3754539604 | Final Posting Transfer | | 3,518.42 | 0.00 |

|  | COLUMN TOTALS | 3,521.50 | 3,521.50 | 0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers | 0.00 | 3,518.42 | |
|  | Subtotal | 3,521.50 | 3.08 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 3,521.50 | 3.08 | |

Page Subtotals   3,521.50   3,521.50

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 00-32959 DDO |
|---|---|
| Case Name: | TABBERT, ROGER L |
| Taxpayer ID No: | 75-6601534 |
| For Period Ending | 08/13/01 |

| Trustee Name: | Randall L. Seaver |
|---|---|
| Bank Name: | NationsBank |
| Account Number: | 3754539604 Checking - Non Interest |

Blanket Bond (per case limit): $ 14,310,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Disbursements ($) | 7 Account Balance ($) |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 0.00 |
| 08/13/01 | | Transfer from Acct #3754539442 | Transfer In From MMA Account | 3,518.42 | | 3,518.42 |

| COLUMN TOTALS | 3,518.42 | 0.00 | |
|---|---|---|---|
| Less: Bank Transfers | 3,518.42 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | 3,518.42 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - 3754539442 | 3,521.50 | 3.08 | 0.00 |
| Checking - Non Interest - 3754539604 | 0.00 | 0.00 | 3,518.42 |
| | 3,521.50 | 3.08 | 3,518.42 |

Page Subtotals    3,518.42    0.00

# Compensation and Expenses Worksheet

Case Number: 00-32959 DDO
Debtor: TABBERT, ROGER L

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $3,521.50

|         |           | $3,521.50 | 25% of First $5,000 | $880.38 |
|---------|-----------|-----------|---------------------|---------|
| Less    | -         | $3,521.50 | ($1,250 Maximum)    |         |
|         | Balance   | $0.00     | 10% of Next $45,000 | $0.00   |
| Less    | -         | $0.00     | ($4,500 Maximum)    |         |
|         | Balance   | $0.00     | 5% of Next $950,000 | $0.00   |
| Less    | -         | $0.00     | ($47,500 Maximum)   |         |
|         | Balance   | $0.00     | 3% of Balance       | $0.00   |

TOTAL COMPENSATION CALCULATED: $880.38
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$880.38**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| 08/14/01 | COPY: Photocopy/Duplication Expense 82 pages @ 0.25 / page | $20.50 |
| 08/14/01 | PARK: PARKING 1 1 @ 3.00 / 1 | $3.00 |
| 08/14/01 | POST: Postage 18 each @ 0.34 / each | $6.12 |

**Expense Summary**

| COPY: Photocopy/Duplication Expense 82 pages @ 0.25 / page | $20.50 |
| PARK: PARKING 1 1 @ 3.00 / 1 | $3.00 |
| POST: Postage 18 each @ 0.34 / each | $6.12 |

TOTAL EXPENSES CALCULATED: $29.62
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$29.62**

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** $910.00

**DATED: 08/14/01**

Filed on SEP 2 0 2001
Patrick G. De Wane, Clerk
By _____ Deputy Clerk

COMPDETL

Printed: 08/14/01 06:50 PM    Ver: 6.51f

# Compensation and Expenses Worksheet

Case Number: 00-32959 DDO
Debtor: TABBERT, ROGER L

SIGNED _____ TRUSTEE: Randall L. Seaver
12400 Portland Avenue
Suite 132
Burnsville, MN 55337